IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA GEERLINGS, as the Parent and/or Natural Guardian of QWG, a minor<br>738 Laurel Lane<br>Wayne, PA 19087,<br><br>ANDREW McLELLAN, as the Parent and/or Natural Guardian of HM, a minor<br>4159 Whitehorse Road<br>Malveren, PA 19355,<br><br>SARAH MARVIN, as the Parent and/or Natural Guardian of HA, a minor<br>1451 Russell Road<br>Paoli, PA 19301,<br><br>and<br><br>DAVID GOVERNANTI, as the Parent and/or Natural Guardian of SG, a minor<br>111 Sugartown Road<br>Devon, PA 19333<br><br>       *Petitioners,*<br><br> vs.<br><br>TREDYFFRIN/EASTTOWN SCHOOL DISTRICT,<br>940 W Valley Road #1700<br>Wayne, PA 19087<br><br>       *Respondent.* | NO. _____ |

**PROPOSED ORDER**

   AND NOW, this _____ day of _____, 2021, upon consideration of Plaintiffs' petition for TRO and preliminary injunction, and defendant's opposition thereto, the following DECREE is ENTERED:

1. It appearing that the Pennsylvania Department of Health lacks regulatory authority to require healthy individuals who are not infected with a communicable disease to wear mask to prevent the transmission of Covid-19 in schools, the Tredyffrin/Easttown School

District is temporarily restrained from carrying out the Department of Health's August 31, 2021 Order insofar as it requires universal masking in schools, pending a full hearing on the matter.

2. It appearing that the Tredyffrin/Easttown School District also lacks regulatory authority to require healthy individuals who are not infected with a communicable disease to wear mask to prevent the transmission of Covid-19 in schools, the Tredyffrin/Easttown School District is temporarily restrained from carrying out its Covid-19 Mitigation Plan insofar as it requires universal masking in the district's schools, pending a full hearing on the matter.

3. It appearing that the August 31, 2021 Order unfairly discriminates against conscientious religious objections to earing face coverings by exempting only certain secular activities from the mask requirement, the Tredyffrin/Easttown School District is temporarily restrained from granting any exemptions from the mask requirement unless a religious exemption is also made available.

4. Any religious exemption may not be conditioned on submitting to different treatment than is required for secular exemptions.  Thus, if weekly testing is required for a religious exemption, it must be required for a sports exemption or musical performance exemption.

5. It appearing that a blanket waiver of medical privacy rights under HIPAA is required to obtain a medical exemption from the mask requirement and that such waiver is overbroad and arbitrary, the Tredyffrin/Easttown School District is temporarily restrained from using its medical exemption form.

6. Masks wearing in the Tredyffrin/Easttown School District shall be optional and at the discretion of the parents for the safety of the child.

_____
J.