**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALICIA GEERLINGS, as the Parent and/or Natural Guardian of QWG, a minor<br>738 Laurel Lane<br>Wayne, PA 19087, | |
| ANDREW McLELLAN, as the Parent and/or Natural Guardian of HM, a minor<br>4159 Whitehorse Road<br>Malveren, PA 19355, | NO. _____ |
| SARAH MARVIN, as the Parent and/or Natural Guardian of HA, a minor<br>1451 Russell Road<br>Paoli, PA 19301, | |
| and | |
| DAVID GOVERNANTI, as the Parent and/or Natural Guardian of SG, a minor<br>111 Sugartown Road<br>Devon, PA 19333 | |
| *Plaintiffs,* | |
| vs. | |
| TREDYFFRIN/EASTTOWN SCHOOL DISTRICT,<br>940 W Valley Road #1700<br>Wayne, PA 19087 | |
| *Defendant.* | |

# ORDER

**AND NOW**, this \_\_\_\_ day of September, 2021, it is hereby **ORDERED** that the hearing on the Petition for a Preliminary Injunction filed by Plaintiffs is scheduled for _____, before the Honorable _____, in Courtroom _____, at the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, 19106.

BY THE COURT:

_____
, J.

**Error! Unknown document property name.**