**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALICIA GEERLINGS, as the Parent and/or Natural Guardian of QWG, a minor<br>738 Laurel Lane<br>Wayne, PA 19087, <br><br>ANDREW McLELLAN, as the Parent and/or Natural Guardian of HM, a minor<br>4159 Whitehorse Road<br>Malveren, PA 19355,<br><br>SARAH MARVIN, as the Parent and/or Natural Guardian of HA, a minor<br>1451 Russell Road<br>Paoli, PA 19301,<br><br>and<br><br>DAVID GOVERNANTI, as the Parent and/or Natural Guardian of SG, a minor<br>111 Sugartown Road<br>Devon, PA 19333<br><br>*Plaintiffs,*<br><br>vs.<br><br>TREDYFFRIN/EASTTOWN SCHOOL DISTRICT,<br>940 W Valley Road #1700<br>Wayne, PA 19087<br><br>*Defendant.* | NO. _____ |

## Attorney Certification

Pursuant to Rule 65(b)(1)(B) I, Gary M. Samms, Esquire, do hereby certify:

(1) That I have spoken to the counsel Brian Elias, Esquire of Wisler Pearlstine, LLP for the school district numerous times within the last 2 weeks.

(2) The school district does not agree to the relief requested by plaintiffs.

(3) Counsel Brian Elias, was made aware approximately 2 weeks ago that this filing against the school district would occur.

(4) I did advise counsel on the evening of September 8, 2021 that I would be seeking an Order on September 9, 2021.

(5) A copy of the pleadings were sent to Brian Elias, Esquire contemporaneously with the filing.

(6) I will call and/or advise Brian Elias of any communications with the Court.

By: _____
Gary M. Samms, Esquire
Attorney for Plaintiffs