

# Tredyffrin-Easttown School District ARP ESSER Health and Safety Plan



Section 2001(i)(1) of the American Rescue Plan (ARP) Act requires each local education agency (LEA) that receives funding under the ARP Elementary and Secondary School Emergency Relief (ESSER) Fund to develop and make publicly available on the LEA's website a *Safe Return to In-Person Instruction and Continuity of Services Plan*, hereinafter referred to as a *Health and Safety Plan*.

Based on ARP requirements, 90 percent of ARP ESSER funds will be distributed to school districts and charter schools based on their relative share of Title I-A funding in FY 2020-2021. **Given Federally required timelines, LEAs eligible to apply for and receive this portion of the ARP ESSER funding must submit a Health and Safety Plan that meets ARP Act requirements to the Pennsylvania Department of Education (PDE) by Friday, July 30, 2021, regardless of when the LEA submits its ARP ESSER application.**

Each LEA must create a Health and Safety Plan that addresses how it will maintain the health and safety of students, educators, and other staff, and which will serve as local guidelines for all instructional and non-instructional school activities during the period of the LEA's ARP ESSER grant. The Health and Safety Plan should be tailored to the unique needs of each LEA and its schools and must take into account public comment related to the development of, and subsequent revisions to, the Health and Safety Plan.

The ARP Act and U.S. Department of Education rules require Health and Safety plans include the following components:

1. How the LEA will, to the greatest extent practicable, implement prevention and mitigation policies in line with the most up-to-date guidance from the Centers for Disease Control and Prevention (CDC) for the reopening and operation of school facilities in order to continuously and safely open and operate schools for in-person learning;

2. How the LEA will ensure continuity of services, including but not limited to services to address the students' academic needs, and students' and staff members' social,

emotional, mental health, and other needs, which may include student health and food services;

3. How the LEA will maintain the health and safety of students, educators, and other staff and the extent to which it has adopted policies, and a description of any such policy on each of the following safety recommendations established by the CDC:

    a. Universal and correct wearing of masks;

    b. Modifying facilities to allow for physical distancing (e.g., use of cohorts/podding);

    c. Handwashing and respiratory etiquette;

    d. Cleaning and maintaining healthy facilities, including improving ventilation;

    e. Contact tracing in combination with isolation and quarantine, in collaboration with State and local health departments;

    f. Diagnostic and screening testing;

    g. Efforts to provide COVID-19 vaccinations to school communities;

    h. Appropriate accommodations for children with disabilities with respect to health and safety policies; and

    i. Coordination with state and local health officials.

The LEA's Health and Safety Plan must be approved by its governing body and posted on the LEA's publicly available website by July 30, 2021.* The ARP Act requires LEAs to post their Health and Safety Plans online in a language that parents/caregivers can understand, or, if it is not practicable to provide written translations to an individual with limited English proficiency, be orally translated. The plan also must be provided in an alternative format accessible, upon request, by a parent who is an individual with a disability as defined by the Americans with Disabilities Act.

Each LEA will upload in the eGrants system its updated Health and Safety Plan and webpage URL where the plan is located on the LEA's publicly available website.

The ARP Act requires LEAs to review their Health and Safety Plans at least every six months during the period of the LEA's ARP ESSER grant. LEAs also must review and update their plans whenever there are significant changes to the CDC recommendations for K-12 schools. Like the development of the plan, all revisions must be informed by community input and reviewed and approved by the governing body prior to posting on the LEA's publicly available website.

LEAs may use the template to revise their current Health and Safety Plans to meet ARP requirements and ensure all stakeholders are fully informed of the LEA's plan to safely resume instructional and non-instructional school activities, including in-person learning, for the current school year. An LEA may use a different plan template or format provided it includes all the elements required by the ARP Act, as listed above.

\* The July 30 deadline applies only to school districts and charter schools that received federal Title I-A funds in FY 2020-2021 and intend to apply for and receive ARP ESSER funding.

## Additional Resources

LEAs are advised to review the following resources when developing their Health and Safety Plans:

- [CDC K-12 School Operational Strategy](#)
- [PDE Resources for School Communities During COVID-19](#)
- [PDE Roadmap for Education Leaders](#)
- [PDE Accelerated Learning Thorough an Integrated System of Support](#)
- [PA Department of Health - COVID-19 in Pennsylvania](#)

## Health and Safety Plan Summary: Tredyffrin-Easttown School District

**Initial Effective Date: July 30, 2021**

**Date of Last Review:**

**Date of Last Revision:**

1. **How will the LEA, to the greatest extent practicable, support prevention and mitigation policies in line with the most up-to-date guidance from the CDC for the reopening and operation of school facilities in order to continuously and safely open and operate schools for in-person learning?**

The TESD administration will continually review guidance from the Centers for Disease Control (CDC), the Pennsylvania Department of Education (PDE), Pennsylvania Department of Health (PA DOH), and Chester County Health Department (CCHD). Table 3 below outlines in more detail the specific steps the District will implement.

2. **How will the LEA ensure continuity of services, including but not limited to services to address the students' academic needs, and students' and staff members' social, emotional, mental health, and other needs, which may include student health and food services?**

Tredyffrin-Easttown School District provides a variety of programs for students aged Kindergarten through age 21. These services are robust and comprehensive, and designed to meet our students' academic, social, emotional, mental health and school based physical health needs.

TESD will resume full in-person instruction in the 2021-22 school year, while offering a pilot of a high school elective course in an online format that is best described as a hybrid model of in-person and online.

*Academic needs*

Students will access all educational services they previously could access during the school day, including all pre-referral intervention programming such as reading support, multi-tiered intervention support and special education services.

Proactively, by the end of summer break the District will have offered summer programming to students with identified needs such as English Learners, reading camp, the ASPIRE math support camp, middle school Bridge for 7th and 8th graders who struggled this past year, and special education Extended School Year and/or compensatory covid programming.

*Student social, emotional and mental health needs*

All previously existing mental health and social support structures will be available to students, including our developmental guidance program, resiliency initiative, class meetings, the suicide prevention program SOS, and partnerships with community organizations such as ARCH.

In addition, school teams have already begun work on identifying students who may be in additional need of supports due to the impact of the pandemic. Summer workshop hours have been allocated for school counselors and mental health specialists to check in with students during the summer, and to plan re-entry transition activities.

*Staff social, emotional and mental health needs*

All employees and their families are eligible to participate in the employee assistance program, and employees receive frequent information about the employee assistance offerings. Employees also receive trainings related to mental health during in-service programs, the employee safety committee frequently circulates information about best health and safety practices.

*Student & staff health needs*

Student health needs will be addressed with our comprehensive school nursing services. The District will follow CCHD guidance related to communicable diseases, including COVID-19. Positive COVID-19 test results should be reported the school nurse (for students) or Director of Personnel (for staff).

*Food services*

Food Service will continue the USDA Seamless Summer Operation (SSO) during the school year, while offering our normal menu and cafeteria services. If at any point during the school year we were to close due to the pandemic or any other reason we would reinstate the weekly meal packages (consisting of 7 breakfast and 7 lunches per student).

3. Use the table below to explain how the LEA will maintain the health and safety of students, educators, and other staff and the extent to which it has adopted policies, and a description of any such policy on each of the following safety recommendations established by the CDC.

| ARP ESSER Requirement | Strategies, Policies, and Procedures |
|---|---|
| a. Universal and correct wearing of masks; | Mask wearing requirements will be implemented or adjusted in accordance with guidance from CDC, PA DOH, CCHD and PDE while factoring in the following information:<br><br>- County vaccination rates<br>- County transmission rates<br><br>Mask wearing is currently not required, other than on school buses or school vans transporting students. The district will continue to support anyone who wishes to wear a mask during the school or workday in any setting. |

July 30, 2021                                                                                   Page **5** of **8**

| ARP ESSER Requirement | Strategies, Policies, and Procedures |
|---|---|
| | Masks are available for students and staff if they wish to have one. |
| b. Modifying facilities to allow for physical distancing (e.g., use of cohorts/podding); | Occupancy levels will be implemented or adjusted as practicable in accordance with guidance from CDC, PA DOH, CCHD and PDE regarding physical distancing, while factoring in the following information:<br><br>- County vaccination rates<br>- County transmission rates<br><br>Effective May 31, 2021, Pennsylvania lifted the Order for physical distancing. As a result, school facilities may operate at full occupancy levels with no alterations or restrictions. This includes school transportation. |
| c. Handwashing and respiratory etiquette; | Handwashing and respiratory etiquette will be implemented or adjusted in accordance with guidance from CDC, PA DOH, CCHD and PDE.<br><br>The District will continue to promote proper handwashing and respiratory etiquette. This includes training of students and staff on proper handwashing techniques and how to reduce risk while sneezing or coughing. Hand sanitizer supplies and stations will continue to be in place throughout all facilities. |
| d. Cleaning and maintaining healthy facilities, including improving ventilation; | Cleaning and maintenance processes will continue to be implemented or adjusted in accordance with guidance from CDC, PA DOH, CCHD and PDE.<br><br>District HVAC systems have been balanced to meet American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE) and International Mechanical Code (IMC) requirements for the exchange of outside air and ventilation. |

| ARP ESSER Requirement | Strategies, Policies, and Procedures |
|---|---|
| e. Contact tracing in combination with isolation and quarantine, in collaboration with the State and local health departments; | Contact tracing and responses to positive cases will be implemented or adjusted in accordance with guidance from CDC, PA DOH, CCHD and PDE. |
| f. Diagnostic and screening testing; | Diagnostic and screening testing will be implemented or adjusted in accordance with guidance from CDC, PA DOH, CCHD and PDE.<br><br>At present, the District is able to implement the rapid antigen test BinaxNOW under Project ACE-IT. |
| g. Efforts to provide vaccinations to school communities; | The District supports vaccination for those eligible to receive one. Prior to the end of the 2020-2021 school year, the District partnered with Springfield Pharmacy, hosting vaccination clinics at Conestoga High School and Valley Forge Middle School. This resulted in over 1300 people obtaining vaccination.  The District is willing to continue to partner with community providers and host vaccination clinics. The District also collaborated with Chester County Health Department in facilitating vaccination for all school staff.<br><br>The District has publicized information on how to obtain vaccination on our website. |
| h. Appropriate accommodations for students with disabilities with respect to health and safety policies; and | The District will continue to provide accommodations and modifications for students with disabilities to access our programming through a students IEP (Individualized Education Plan) or Section 504 Plan process. |
| i. Coordination with state and local health officials. | The District will abide by Chester County Health Department guidance regarding the reporting of positive COVID-19 cases. The District will continue to consult with the CCHD on cases. |

## Health and Safety Plan Governing Body Affirmation Statement

The Board of Directors/Trustees for **Tredyffrin-Easttown School District** reviewed and approved the Health and Safety Plan on **August 23, 2021**

The plan was approved by a vote of:

\_\_\_\_\_ Yes

\_\_\_\_\_ No

Affirmed on: **August 23, 2021**

By:

_____

(*Signature\* of Board President*)

_____

(*Print Name of Board President*)

\*Electronic signatures on this document are acceptable using one of the two methods detailed below.

**Option A:** The use of actual signatures is encouraged whenever possible. This method requires that the document be printed, signed, scanned, and then submitted.

**Option B:** If printing and scanning are not possible, add an electronic signature using the resident Microsoft Office product signature option, which is free to everyone, no installation or purchase needed.

**TESD COVID-19 Mitigation Plan**
**2021-2022 School Year**
**Effective August 16, 2021**

The Tredyffrin/Easttown School District is committed to providing full-time, in-person instruction for TESD students during the 2021-2022 school year. The purpose of this document is to operationalize the District's COVID-19 mitigation efforts. This COVID-19 mitigation plan will be updated and re-published as needed based on evolving health guidance.

On July 30, the Health & Safety Plan required to access the American Rescue Plan's Elementary and Secondary School Emergency Relief (ARP/ESSER) funds was provided to the Pennsylvania Department of Education. This Health & Safety Plan serves as a framework for the COVID-19 mitigation plan. The ARP/ESSER plan can be accessed at this link.

**Health Authority Guidance and Collaboration**

The District is committed to following the guidance of the Centers for Disease Control and Prevention (CDC) and will engage in ongoing consultation with the Chester County Health Department (CCHD).  The Chester County Health Department will continue to guide the District in responding to COVID-19 cases in the schools, including contact tracing and quarantine. Current COVID-19 information for schools is available on the CCHD website.

The COVID-19 operational plan addresses the following protocols:

1. Masking
2. Symptom screening
3. Physical distancing
4. Handwashing & respiratory etiquette
5. Facilities: cleaning and ventilation
6. Responding to a Covid case involving the school: contact tracing, quarantining
7. Conducting diagnostic and screening testing of Covid
8. Vaccination promotion
9. Accommodating students with disabilities
10. Communication

This plan will go into effect on Monday, August 16, 2021. Anyone on school premises will be obligated to follow the protocols described in this plan. Visitors, including families, may contact their child's building principal with any questions.

## Masking

Wearing a properly fitting mask serves as a strong protective measure for both the individual wearing the mask and others around them. Information on the proper use of masks is available on the CDC website. The table below summarizes information from the CDC on the types of masks.

|  | **Reusable cloth masks** | **Disposable masks** |
|---|---|---|
| **Look for:** | Multiple layers of tightly woven, breathable fabric.<br><br>A nose wire<br><br>The mask should block the light when held up to a bright light source | A description indicating multiple layers of non-woven material.<br><br>A nose wire. |
| **Don't use:** | Masks with exhalation valves or vents.<br><br>Single layer masks or masks made of thin fabric that don't block light.<br><br>Cloth gaiters | Masks that leave gaps around the sides of the face or nose.<br><br>If the mask is wet or dirty. |

In addition, individuals may wish to obtain masks that meet a standard such as those labeled KN95, Meets ASTM F3502, Meets Workplace Performance, or Meets Workplace Performance Plus.

The District can provide disposable masks to individuals who need them in schools or on buses.

The table below identifies District requirements for mask wearing, effective August 16, 2021.

| Location | Status |
|---|---|
| On a school bus or school vehicle | Required.<br>School buses are considered public transit and thus masks are required for all riders.<br><br>If mask wearing would create a risk to workplace health, safety or job duty, the driver may remove their mask. |
| Indoors - all District buildings | Required for anyone over the age of 2, regardless of vaccination status. |
| Outdoors | Masking is optional but welcome during outdoor activities such as recess, activity or PE.<br><br>Outdoor events outside of the school day: CDC recommends that individuals who are not fully vaccinated should wear a mask if the outdoors event is crowded and involves sustained close contact. |

| | |
|---|---|
| Sports, extra-curricular, and co-curricular activities | Due to the varied nature of each activity, the Director of Safety & Student Services will work with the relevant building level staff (Principal, Athletic Director, advisors and others) in identifying masking requirements. Guidance from organizations such as PIAA and PMEA will be used. |
| **Questions you may have about masking** | |
| What is the impact of masking on contact tracing or quarantine? | Wearing a mask may not prevent you from being included in contact tracing efforts, but greatly reduces the risk of required quarantine for students and staff.<br><br>Current guidance from CCHD and CDC identify that for K-12 indoor classroom settings, the close contact definition excludes students within 3-6 feet of a positive COVID-19 case when both students were wearing a proper mask and other prevention strategies were in place.<br><br>District staff will continue to conduct contact tracing and consult with CCHD as to specific cases. |
| Are there exemptions to the masking requirement? | Individuals who believe they qualify for an exception due to a disability as defined by the Americans with Disabilities Act or Section 504 of the Rehabilitation Act or for any other legally valid reason should contact their supervisor (staff) or building principal (students).<br><br>Families should contact their child's principal by August 25, 2021 to discuss this request. |

**Symptom Screening**

Students and staff should not come to school or work if they have any COVID-19 symptoms. Symptoms can appear 2-14 days after an exposure.

At present, the CDC identifies the following symptoms. These symptoms may be present even among the vaccinated. Please note this is an update from last year in which symptoms were categorized. If your child has one of these symptoms, you should keep your child home from school.

| | | |
|---|---|---|
| Fever or chills | Cough | Shortness of breath or difficulty breathing |
| Fatigue | Muscle or body aches | Headache |
| New loss of taste or smell | Sore throat | Congestion or runny nose |
| Nausea or vomiting | Diarrhea | |

By sending your child to school, you are affirming the following:

1. My child does not have any of these symptoms.
2. My child has not been directed to quarantine.
3. My child is not otherwise ill or sick.

If you cannot affirm these three statements, please contact your school's attendance office and inform them that your child will be home sick from school.

TESD will not be asking families to complete the symptom screener each day in PowerSchool.

If your child demonstrates symptoms during the school day, they will see the school nurse and you will be contacted.

Students or staff with documented chronic health conditions such as seasonal allergies should follow up with their school nurse (students) or Human Resources (staff).

### Physical Distancing

The District will work to maintain at least 3 feet of physical distancing between students to the fullest extent feasible. A distance of at least 6 feet is recommended between students and adults. The CDC has identified that inability to maintain these recommendations should not be a barrier to full time in-person instruction, provided the District implements other prevention strategies such as mask wearing.

Physical distancing of less than 3 feet may occur in classroom activities, building transitions, transportation, lunch, or other times during the day. This emphasizes the need for correct and consistent wearing of masks.

Lunch: Schools will endeavor to create as much physical distancing as possible during the lunch periods; however, 3-6 feet cannot be guaranteed. As was supported during the 2020-2021 school year, if a family wishes to remove their student from the building during lunch period, they may do so.

### Handwashing & Respiratory Etiquette

TESD will promote and practice proper handwashing and respiratory etiquette (covering coughs and sneezes) for all students and staff. Proper handwashing with soap and water for at least 20 seconds will be reinforced. Hand sanitizer with at least 60% alcohol will be accessible when handwashing with soap and water is not possible. Posters will be placed throughout the buildings to reinforce this practice.

### Facilities & Ventilation

All District facilities will continue to be cleaned and maintained on regularly scheduled frequencies. District HVAC systems have been balanced to meet American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE) and International Mechanical Code (IMC) requirements for the exchange of outside air and ventilation. If a COVID-19 case has been present in school, the ventilation system will exhaust the designated room(s), and the room(s) will be cleaned and disinfected.

### Responding to a COVID-19 Case

The District will continue to assist the CCHD in conducting contact tracing and providing the CCHD's quarantine order to impacted individuals. The CCHD is authorized to order the quarantine of individuals affected by a public health threat, and the District assists by providing the information to affected individuals.

**Contact tracing**

Contact tracing will be conducted by District nursing staff and designated school administrators. The goal of contact tracing is to identify who is a close contact, who should isolate, and who should quarantine. If you are contacted, a District representative will ask questions regarding date of exposure, onset date of symptoms, vaccination status, and other questions to identify who may be a close contact.

**Close contact**

A person within 6 feet of an infected person for a cumulative total of 15 minutes over a 24-hour period is considered a close contact.

> Exception for K-12 Indoor Classroom Setting: this close contact definition excludes students who were within 3-6 feet of an infected student if both the infected student and the exposed student(s) correctly and consistently wore well-fitting masks the entire time, and other mitigation strategies as described in this plan were followed. This exception does not apply to teachers, staff, or other adults in the indoor classroom setting.

**Quarantine**

If contact tracing identifies that you are a close contact, you may need to quarantine. Currently, if you are vaccinated and not demonstrating any symptoms, you would not be required to quarantine, but should monitor symptoms. If a fully vaccinated person demonstrates any symptoms after exposure, they should stay home and contact the school nurse (students) or Human Resources (staff).

[Instructions for close contacts are available on the CCHD website](#).

The recommended quarantine period is 14 days. However, the District will abide by two options identified by the CCHD if a family or staff member wishes to exercise either of these options.

> Option 1: Quarantine may end after Day 10 if the close contact does not demonstrate any symptoms. No testing is needed in this scenario.

> Option 2: Quarantine may end after Day 7 if the close contact does not demonstrate any symptoms AND obtains a negative COVID-19 test on or after Day 5.

### COVID-19 Testing

Pending the provision of testing supplies from the CCHD and Children's Hospital of Philadelphia (CHOP), the District anticipates being able to conduct rapid antigen testing, both in response to COVID-19 cases and as a screening measure.

**COVID-19 testing in response to being a close contact**

If you are a close contact, you will be provided with additional information on how to access antigen testing. This includes individuals who are fully vaccinated and do not have to quarantine, but wish to be tested 3-5 days after exposure.

**Screening testing**

Weekly screening antigen testing will be available to all unvaccinated individuals (students and staff). A survey will be provided prior to the start of the school year to identify those who wish to participate.

### Vaccinations

The District supports vaccination for those eligible to receive one. Prior to the end of the 2020-2021 school year, the District partnered with Springfield Pharmacy and hosted vaccination clinics at Conestoga High School and Valley Forge Middle School, resulting in over 1300 people obtaining vaccination.  The District also collaborated with the CCHD in facilitating vaccination for school staff.

[Information on where to obtain a COVID-19 vaccination is available on the TESD website.](#)

The District is willing to continue its partnership with community providers and host vaccination clinics.

To assist with contact tracing efforts, the District will ask families to voluntarily disclose their child's vaccination status when completing the emergency information section in PowerSchool. Disclosing this information is not required, but it will be useful to know when contact tracing is needed in response to a positive COVID-19 case.

### Accommodating Students with Disabilities

The District will continue to provide accommodations and modifications for students with disabilities to access our programming through a student's IEP (Individualized Education Plan) or Section 504 Plan process. Families of students with identified needs should contact their child's case manager or building principal with questions.

### Communication

The District will renew the practice of having a COVID-19 dashboard on the District website to share current information related to cases in schools. In addition, other resources and information related to the pandemic will continue to be posted on the website and communicated to families through email (SchoolMessenger), public presentations, and School Board meetings. Questions and feedback regarding COVID-19 can be provided via email to [TECovidFeedback@tesd.net](mailto:TECovidFeedback@tesd.net). This email account is monitored by the Director of Safety and Student Services, along with other members of the TESD administrative team.