**Religious Mask Exemption Request**

By signing and returning this form, the District will consider you to have made a request for a religious exemption on behalf of your child to the District's mandate to wear a mask while indoors in a school building.

Please review and return this document to the building principal if it is still your intent to assert this exemption on behalf of your child. The District will not recognize other forms or documents as valid.

By not wearing a mask at school, my child may be at increased risk of quarantining, or causing other students to quarantine. The intent of the District Health & Safety Plan mask requirement is to reduce the likelihood of COVID-19 spread within the school.

In deference to your request for a religious exemption for your child to wear a mask while indoors in a District building, a District representative will be in touch with you to discuss the implementation of the following alternative mitigation strategies:

- Weekly COVID-19 testing administered at the school at no charge to the parent/guardian or documentation of weekly testing conducted by a healthcare provider.
- Wearing of a face shield or other personal protection equipment (plastic barrier on the desk), to protect others from contracting COVID-19 and/or increased physical distance from others while indoors.

In addition, virtual instruction may be required if the above strategies cannot be implemented.

Attached is the family consent form allowing us to conduct weekly COVID-19 testing.


Parent/Guardian name (print)_____   Date _____

Parent/Guardian signature _____

Student name _____

{02418237 }