# Exhibit 2

{02188888 }



# Unmask TE - Support Freedom of Choice





**$7,028** raised of $30,000 goal

42 donors | 230 shares | 58 followers

Share

Donate now

12 people just donated

Anonymous
$100 · Recent donation

Andrew McLellan
$1,000 · Top donation

Jacqueline Tomaszewski
$250 · First donation

See all | ☆ See top donations

 Neighbors United in PA is organizing this fundraiser.

**ⓘ COVID 19 Resources**

For up to date and accurate information about COVID safety, visit the CDC or WHO websites.

Children in the Tredyffrin-Easttown School District who are unable to wear face coverings/masks at school are being targeted, segregated and, and denied a public school education by the school. This is a direct violation of our children's First Amendment rights.

Obermayer Rebmann Maxwell & Hippel Law Firm just filed an injunction against Tredyffrin-Easttown School District to defend the constitutional rights of these families; other schools are lined up to follow (expanding the case from the T/E school district to other Chester County Schools to other PA schools… this injunction will help ALL families protect, retain and preserve their constitutional rights.

Now, we need your help to support this case and ensure ALL families maintain the right to exercise their freedom and protect, retain and preserve their constitutional rights.

What does the injunction cover:

1. Pennsylvania Department of Health lacks regulatory authority to require healthy individuals who are not infected with a communicable disease to wear mask to prevent the transmission of Covid-19 in schools.

2. Tredyffrin/Easttown School Board lacks regulatory authority to require healthy individuals who are not infected with a communicable disease to wear mask to prevent the transmission of Covid-19 in schools.

3. The August 31, 2021 Order unfairly discriminates against conscientious religious objections to wearing face coverings by exempting only certain secular activities from the mask requirement.

4. Any religious exemption may not be conditioned on submitting to different treatment than is required for secular exemptions.

5. A blanket waiver of medical privacy rights under HIPAA should not be required to obtain a medical exemption from the mask requirement.

With your help, we can stand together, as a community of Americans, to protect our Constitutional rights.

Donate here and contact us directly to learn how the gift of your time and talent can help.

We need all the help we can get, so please donate and share (encourage others to donate) - this is filed at the federal level and funded by families, without your donation it will be unsustainable to keep fighting.

**Donate**   **Share**

## Organizer

Neighbors United in PA
Organizer
Devon, PA

**Contact**

## Comments (1)

Jennifer Radano donated **$100**
Donating on behalf of my 2 children who are currently masked for 7 hours a day!

4 d

Please donate and share words of encouragement.   **Continue**

Created August 30, 2021  |  Community & Neighbors

⚑ Report fundraiser

 **#1 fundraising platform**
More people start fundraisers on GoFundMe than on any other platform. Learn more

 **GoFundMe Guarantee**
In the rare case something isn't right, we will work with you to determine if misuse occurred. Learn more

 **Expert advice, 24/7**
Contact us with your questions and we'll answer, day or night. Learn more

gofundme

Choose your language

English (US)

**Fundraise for**
- Medical
- Emergency
- Memorial
- Education
- Nonprofit

**Learn more**
- How GoFundMe works
- Why GoFundMe
- Common questions
- Success stories
- Supported countries
- Team fundraising
- Donate button
- Support COVID-19 fundraisers

**Resources**
- Help center
- Blog
- GoFundMe Stories
- Press center
- Careers
- About

© 2010-2021 GoFundMe    Terms    Privacy    Legal





| | |
|---|---|
| 👤 | Anonymous<br>$100 · 1 d |
| 👤 | Elona Shabani<br>$100 · 1 d |
| 👤 | Anonymous<br>$100 · 1 d |
| 👤 | Anonymous<br>$200 · 2 d |
| 👤 | Anonymous<br>$200 · 2 d |
| 👤 | Anonymous<br>$150 · 2 d |
| 👤 | Andrew McLellan<br>$1,000 · 2 d |
| 👤 | Anonymous<br>$100 · 2 d |
| 👤 | Anonymous<br>$100 · 2 d |



Philip Hodgson
$100 · 5 d

Anonymous
$50 · 5 d

Anonymous
$150 · 5 d

Thomas Martorana
$250 · 11 d

Anonymous
$100 · 12 d

Anonymous
$50 · 12 d

Join this list. Donate now.

Anonymous
$50 · 12 d

Sarah Bruder
$200 · 12 d



Julia Valdesalice
$250 · 12 d

Anonymous
$20 · 12 d

Bruce Grant
$100 · 12 d

Anonymous
$100 · 12 d

David Governanti
$1,000 · 12 d

Maria Davidson
$200 · 12 d

Anonymous
$100 · 12 d

Pam Corner
$50 · 13 d

Jen Keller
$250 · 13 d

Laura Matika
$33 · 13 d

Jacqueline Tomaszewski
$250 · 13 d

Join this list. Donate now.

Close