# Exhibit 3

**Miscellaneous Docket Sheet**                              **Commonwealth Court of Pennsylvania**

**Docket Number:  294 MD 2021**

**Page 1 of 21**



**September 12, 2021**

| CAPTION |
|---|

Jacob Doyle Corman, III,
individually and as a parent of two
minor school children; Jesse
Wills Topper, individually and
as a parent of two minor school
children; Calvary Academy;
Hillcrest Christian Academy; James
Reich and Michelle Reich,
individually and as parents of three
minor school children; Adam McClure
and Chelsea McClure, individually
and as parents of one minor
special needs school child,
Victora T. Baptiste,
individually and as a parent of two
special needs school children,
Jennifer D. Baldacci,
individually and as a parent of one
school child; Klint Neiman and
Amanda Palmer, individually
and as parents of two minor school
children,
Petitioners
                              v.
Acting Secretary of the
Pennsylvania Department
of Health,
Respondent

| CASE INFORMATION |
|---|

Initiating Document:          Petition for Review

Case Status:                  Active

Case Processing Status:       September 3, 2021           Awaiting Answer

Journal Number:

Case Category:                Civil                    Case Type(s):        Declaratory Judgment

| CONSOLIDATED CASES | RELATED CASES |
|---|---|

| COUNSEL INFORMATION |
|---|

**Petitioner**       **Topper, Jesse Wills**
Pro Se:                      No
IFP Status:

**Miscellaneous Docket Sheet**

**Docket Number:  294 MD 2021**

**Page 2 of 21**

**September 12, 2021**

**Commonwealth Court of Pennsylvania**

| COUNSEL INFORMATION |
|:---:|

| Petitioner | Topper, Jesse Wills |
|---|---|
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | King, Thomas W., III |
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200 |   Fax No: |

| | |
|---|---|
| Attorney: | Breth, Thomas E. |
| Law Firm: | Dillon McCandless King Coulter & Graham, LLP |
| Address: | Dillon Mccandless King Coulter & Graham Llp |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200 |   Fax No: |

| | |
|---|---|
| Attorney: | Elliott, Ronald Troy |
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200 |   Fax No: |

| | |
|---|---|
| Attorney: | Shuber, Jordan Peter |
| Law Firm: | Dillon, McCandless, King, Coulter & Graham, L.L.P. |
| Address: | Dillon Mccandless King Coulter & Graham L.l.p. |
| | 128 W Cunningham St |
| | Butler, PA 16001 |
| Phone No: | (724) 283-2200 |   Fax No: |

**Miscellaneous Docket Sheet**

**Docket Number:  294 MD 2021**

**Page 3 of 21**

**September 12, 2021**



**Commonwealth Court of Pennsylvania**

| COUNSEL INFORMATION |
|---|

| **Petitioner** | **Reich, Michelle** |
|---|---|
| Pro Se: | No |
| IFP Status: | |

| Attorney: | King, Thomas W., III |
|---|---|
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200 | Fax No: |

| Attorney: | Breth, Thomas E. |
|---|---|
| Law Firm: | Dillon McCandless King Coulter & Graham, LLP |
| Address: | Dillon Mccandless King Coulter & Graham Llp |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200 | Fax No: |

| Attorney: | Elliott, Ronald Troy |
|---|---|
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200 | Fax No: |

| Attorney: | Shuber, Jordan Peter |
|---|---|
| Law Firm: | Dillon, McCandless, King, Coulter & Graham, L.L.P. |
| Address: | Dillon Mccandless King Coulter & Graham L.l.p. |
| | 128 W Cunningham St |
| | Butler, PA 16001 |
| Phone No: | (724) 283-2200 | Fax No: |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**                                    **Commonwealth Court of Pennsylvania**

**Docket Number:  294 MD 2021**

**Page 4 of 21**

**September 12, 2021**

| COUNSEL INFORMATION |
|---|

**Petitioner**       **Reich, James**

Pro Se:               No

IFP Status:

| | |
|---|---|
| Attorney: | King, Thomas W., III |
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200                    Fax No: |

| | |
|---|---|
| Attorney: | Breth, Thomas E. |
| Law Firm: | Dillon McCandless King Coulter & Graham, LLP |
| Address: | Dillon Mccandless King Coulter & Graham Llp |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200                    Fax No: |

| | |
|---|---|
| Attorney: | Elliott, Ronald Troy |
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200                    Fax No: |

| | |
|---|---|
| Attorney: | Shuber, Jordan Peter |
| Law Firm: | Dillon, McCandless, King, Coulter & Graham, L.L.P. |
| Address: | Dillon Mccandless King Coulter & Graham L.l.p. |
| | 128 W Cunningham St |
| | Butler, PA 16001 |
| Phone No: | (724) 283-2200                    Fax No: |

**Miscellaneous Docket Sheet**

**Commonwealth Court of Pennsylvania**

**Docket Number:  294 MD 2021**

**Page 5 of 21**

**September 12, 2021**



| COUNSEL INFORMATION |
|---|

| Petitioner | Palmer, Amanda |
|---|---|
| Pro Se: | No |
| IFP Status: | |

| | Attorney: | King, Thomas W., III |
|---|---|---|
| | Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| | Address: | Dillon Mccandless Et Al |
| | | 128 W Cunningham St |
| | | Butler, PA 16001-5742 |
| | Phone No: | (724) 283-2200 | Fax No: |

| | Attorney: | Breth, Thomas E. |
|---|---|---|
| | Law Firm: | Dillon McCandless King Coulter & Graham, LLP |
| | Address: | Dillon Mccandless King Coulter & Graham Llp |
| | | 128 W Cunningham St |
| | | Butler, PA 16001-5742 |
| | Phone No: | (724) 283-2200 | Fax No: |

| | Attorney: | Elliott, Ronald Troy |
|---|---|---|
| | Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| | Address: | Dillon Mccandless Et Al |
| | | 128 W Cunningham St |
| | | Butler, PA 16001-5742 |
| | Phone No: | (724) 283-2200 | Fax No: |

| | Attorney: | Shuber, Jordan Peter |
|---|---|---|
| | Law Firm: | Dillon, McCandless, King, Coulter & Graham, L.L.P. |
| | Address: | Dillon Mccandless King Coulter & Graham L.l.p. |
| | | 128 W Cunningham St |
| | | Butler, PA 16001 |
| | Phone No: | (724) 283-2200 | Fax No: |

**Miscellaneous Docket Sheet**

**Commonwealth Court of Pennsylvania**

**Docket Number:  294 MD 2021**

**Page 6 of 21**

**September 12, 2021**



| COUNSEL INFORMATION |
|---|

| Petitioner | Neiman, Klint |
|---|---|
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | King, Thomas W., III |
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200          Fax No: |

| | |
|---|---|
| Attorney: | Breth, Thomas E. |
| Law Firm: | Dillon McCandless King Coulter & Graham, LLP |
| Address: | Dillon Mccandless King Coulter & Graham Llp |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200          Fax No: |

| | |
|---|---|
| Attorney: | Elliott, Ronald Troy |
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200          Fax No: |

| | |
|---|---|
| Attorney: | Shuber, Jordan Peter |
| Law Firm: | Dillon, McCandless, King, Coulter & Graham, L.L.P. |
| Address: | Dillon Mccandless King Coulter & Graham L.l.p. |
| | 128 W Cunningham St |
| | Butler, PA 16001 |
| Phone No: | (724) 283-2200          Fax No: |

**Miscellaneous Docket Sheet**

**Commonwealth Court of Pennsylvania**

**Docket Number:  294 MD 2021**

**Page 7 of 21**

**September 12, 2021**



| COUNSEL INFORMATION |
|---|

**Petitioner**    **McClure, Chelsea**

Pro Se:       No

IFP Status:

| | |
|---|---|
| Attorney: | King, Thomas W., III |
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200       Fax No: |

| | |
|---|---|
| Attorney: | Breth, Thomas E. |
| Law Firm: | Dillon McCandless King Coulter & Graham, LLP |
| Address: | Dillon Mccandless King Coulter & Graham Llp |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200       Fax No: |

| | |
|---|---|
| Attorney: | Elliott, Ronald Troy |
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200       Fax No: |

| | |
|---|---|
| Attorney: | Shuber, Jordan Peter |
| Law Firm: | Dillon, McCandless, King, Coulter & Graham, L.L.P. |
| Address: | Dillon Mccandless King Coulter & Graham L.l.p. |
| | 128 W Cunningham St |
| | Butler, PA 16001 |
| Phone No: | (724) 283-2200       Fax No: |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**　　　　　　　　　　　　　　　**Commonwealth Court of Pennsylvania**

**Docket Number:  294 MD 2021**

**Page 8 of 21**

**September 12, 2021**



| COUNSEL INFORMATION |
|---|

**Petitioner**　　**McClure, Adam**

Pro Se:　　　　　No

IFP Status:

| | |
|---|---|
| Attorney: | King, Thomas W., III |
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200　　　　　Fax No: |

| | |
|---|---|
| Attorney: | Breth, Thomas E. |
| Law Firm: | Dillon McCandless King Coulter & Graham, LLP |
| Address: | Dillon Mccandless King Coulter & Graham Llp |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200　　　　　Fax No: |

| | |
|---|---|
| Attorney: | Elliott, Ronald Troy |
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200　　　　　Fax No: |

| | |
|---|---|
| Attorney: | Shuber, Jordan Peter |
| Law Firm: | Dillon, McCandless, King, Coulter & Graham, L.L.P. |
| Address: | Dillon Mccandless King Coulter & Graham L.l.p. |
| | 128 W Cunningham St |
| | Butler, PA 16001 |
| Phone No: | (724) 283-2200　　　　　Fax No: |

**Miscellaneous Docket Sheet**

**Commonwealth Court of Pennsylvania**

**Docket Number:  294 MD 2021**

**Page 9 of 21**

**September 12, 2021**



| COUNSEL INFORMATION |
|---|

| Petitioner | Hillcrest Christian Academy |
|---|---|

Pro Se:                    No

IFP Status:

| Attorney: | King, Thomas W., III |
|---|---|
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200 | Fax No: |

| Attorney: | Breth, Thomas E. |
|---|---|
| Law Firm: | Dillon McCandless King Coulter & Graham, LLP |
| Address: | Dillon Mccandless King Coulter & Graham Llp |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200 | Fax No: |

| Attorney: | Elliott, Ronald Troy |
|---|---|
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200 | Fax No: |

| Attorney: | Shuber, Jordan Peter |
|---|---|
| Law Firm: | Dillon, McCandless, King, Coulter & Graham, L.L.P. |
| Address: | Dillon Mccandless King Coulter & Graham L.l.p. |
| | 128 W Cunningham St |
| | Butler, PA 16001 |
| Phone No: | (724) 283-2200 | Fax No: |

**Miscellaneous Docket Sheet**

**Docket Number: 294 MD 2021**

**Page 10 of 21**

**September 12, 2021**



**Commonwealth Court of Pennsylvania**

| COUNSEL INFORMATION |
|---|

**Petitioner**     **Corman, Jacob Doyle**

Pro Se:     No

IFP Status:

| | |
|---|---|
| Attorney: | King, Thomas W., III |
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200     Fax No: |

| | |
|---|---|
| Attorney: | Breth, Thomas E. |
| Law Firm: | Dillon McCandless King Coulter & Graham, LLP |
| Address: | Dillon Mccandless King Coulter & Graham Llp |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200     Fax No: |

| | |
|---|---|
| Attorney: | Elliott, Ronald Troy |
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200     Fax No: |

| | |
|---|---|
| Attorney: | Shuber, Jordan Peter |
| Law Firm: | Dillon, McCandless, King, Coulter & Graham, L.L.P. |
| Address: | Dillon Mccandless King Coulter & Graham L.l.p. |
| | 128 W Cunningham St |
| | Butler, PA 16001 |
| Phone No: | (724) 283-2200     Fax No: |

**Miscellaneous Docket Sheet**                          **Commonwealth Court of Pennsylvania**

**Docket Number:  294 MD 2021**

**Page 11 of 21**

**September 12, 2021**



| COUNSEL INFORMATION |
|---|

| Petitioner | Calvary Academy |
|---|---|
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | King, Thomas W., III |
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200          Fax No: |

| | |
|---|---|
| Attorney: | Breth, Thomas E. |
| Law Firm: | Dillon McCandless King Coulter & Graham, LLP |
| Address: | Dillon Mccandless King Coulter & Graham Llp |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200          Fax No: |

| | |
|---|---|
| Attorney: | Elliott, Ronald Troy |
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200          Fax No: |

| | |
|---|---|
| Attorney: | Shuber, Jordan Peter |
| Law Firm: | Dillon, McCandless, King, Coulter & Graham, L.L.P. |
| Address: | Dillon Mccandless King Coulter & Graham L.l.p. |
| | 128 W Cunningham St |
| | Butler, PA 16001 |
| Phone No: | (724) 283-2200          Fax No: |

12:01 P.M.

**Miscellaneous Docket Sheet**

**Docket Number:  294 MD 2021**

**Page 12 of 21**

**September 12, 2021**

**Commonwealth Court of Pennsylvania**



| COUNSEL INFORMATION |
|---|

| Petitioner | Baptiste, Victoria T. |
|---|---|
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | King, Thomas W., III |
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200       Fax No: |

| | |
|---|---|
| Attorney: | Breth, Thomas E. |
| Law Firm: | Dillon McCandless King Coulter & Graham, LLP |
| Address: | Dillon Mccandless King Coulter & Graham Llp |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200       Fax No: |

| | |
|---|---|
| Attorney: | Elliott, Ronald Troy |
| Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| Address: | Dillon Mccandless Et Al |
| | 128 W Cunningham St |
| | Butler, PA 16001-5742 |
| Phone No: | (724) 283-2200       Fax No: |

| | |
|---|---|
| Attorney: | Shuber, Jordan Peter |
| Law Firm: | Dillon, McCandless, King, Coulter & Graham, L.L.P. |
| Address: | Dillon Mccandless King Coulter & Graham L.l.p. |
| | 128 W Cunningham St |
| | Butler, PA 16001 |
| Phone No: | (724) 283-2200       Fax No: |

**Miscellaneous Docket Sheet**

**Docket Number: 294 MD 2021**

**Page 13 of 21**

**September 12, 2021**

**Commonwealth Court of Pennsylvania**



| COUNSEL INFORMATION |
|---|

| **Petitioner** | **Baldacci, Jennifer D.** |
|---|---|
| Pro Se: | No |
| IFP Status: | |

| | Attorney: | King, Thomas W., III |
|---|---|---|
| | Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| | Address: | Dillon Mccandless Et Al |
| | | 128 W Cunningham St |
| | | Butler, PA 16001-5742 |
| | Phone No: | (724) 283-2200      Fax No: |

| | Attorney: | Breth, Thomas E. |
|---|---|---|
| | Law Firm: | Dillon McCandless King Coulter & Graham, LLP |
| | Address: | Dillon Mccandless King Coulter & Graham Llp |
| | | 128 W Cunningham St |
| | | Butler, PA 16001-5742 |
| | Phone No: | (724) 283-2200      Fax No: |

| | Attorney: | Elliott, Ronald Troy |
|---|---|---|
| | Law Firm: | Dillon McCandless King Coulter & Graham LLP |
| | Address: | Dillon Mccandless Et Al |
| | | 128 W Cunningham St |
| | | Butler, PA 16001-5742 |
| | Phone No: | (724) 283-2200      Fax No: |

| | Attorney: | Shuber, Jordan Peter |
|---|---|---|
| | Law Firm: | Dillon, McCandless, King, Coulter & Graham, L.L.P. |
| | Address: | Dillon Mccandless King Coulter & Graham L.l.p. |
| | | 128 W Cunningham St |
| | | Butler, PA 16001 |
| | Phone No: | (724) 283-2200      Fax No: |

| **Respondent** | **Beam, Alison** |
|---|---|
| Pro Se: | No |
| IFP Status: | |

| | Attorney: | Neary, Keli Marie |
|---|---|---|
| | Law Firm: | Pennsylvania Office of Attorney General, 16th Floor , Strawberry Square, Harrisburg, PA |
| | Address: | Pa Attorney General Civil Law |
| | | Strawberry Sq 15th Fl |
| | | Harrisburg, PA 17120-0001 |
| | Phone No: | (717) 787-1180      Fax No: |

| | Attorney: | Romano, Karen Mascio |
|---|---|---|
| | Law Firm: | Pennsylvania Office of Attorney General, 16th Floor , Strawberry Square, Harrisburg, PA |
| | Address: | Pa Ofc Of Attorney General |
| | | Strawberry Sq Fl 15 |
| | | Harrisburg, PA 17120 |
| | Phone No: | (717) 787-2717      Fax No: |

**Miscellaneous Docket Sheet**

**Docket Number:  294 MD 2021**

**Page 14 of 21**

**September 12, 2021**

**Commonwealth Court of Pennsylvania**



| FEE INFORMATION | | | | |
|---|---|---|---|---|
| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| 09/03/2021 | Miscellaneous Docket Filing Fee | 70.25 | 09/03/2021 | 2021-CMW-H-001561 | 70.25 |
| 09/07/2021 | Copy Work (Per Page) | 33.00 | 09/07/2021 | 2021-CMW-H-001570 | 33.00 |
| 09/09/2021 | Subpoena | 28.00 | 09/09/2021 | 2021-CMW-H-001583 | 28.00 |
| 09/10/2021 | Copy Work (Per Page) | 54.50 | 09/10/2021 | 2021-CMW-H-001589 | 54.50 |

| AGENCY/TRIAL COURT INFORMATION |
|---|

Order Appealed From:                                    Notice of Appeal Filed:
Order Type:
Documents Received:     September 3, 2021

Court Below:
County:                                                          Division:
Judge:                                                           OTN:
Docket Number:                                              Judicial District:

| ORIGINAL RECORD CONTENT | | |
|---|---|---|
| Original Record Item | Filed Date | Content Description |

**Date of Remand of Record:**

| BRIEFING SCHEDULE | |
|---|---|
| None | None |

| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
| **September 3, 2021** | Petition for Review Filed | | | |
| | Corman, Jacob Doyle | | Petitioner | |
| | Topper, Jesse Wills | | Petitioner | |
| | Calvary Academy | | Petitioner | |
| | Hillcrest Christian Academy | | Petitioner | |
| | Reich, James | | Petitioner | |
| | McClure, Adam | | Petitioner | |
| | Baptiste, Victoria T. | | Petitioner | |
| | Baldacci, Jennifer D. | | Petitioner | |
| | Neiman, Klint | | Petitioner | |
| | Palmer, Amanda | | Petitioner | |
| | McClure, Chelsea | | Petitioner | |
| | Reich, Michelle | | Petitioner | |

**Miscellaneous Docket Sheet**

**Docket Number:  294 MD 2021**

**Page 15 of 21**

**September 12, 2021**

**Commonwealth Court of Pennsylvania**



| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
| **September 3, 2021** | Application for Emergency Relief | | | |
| | Breth, Thomas E. | Corman, Jacob Doyle | Petitioner | |
| | Elliott, Ronald Troy | Corman, Jacob Doyle | Petitioner | |
| | King, Thomas W., III | Corman, Jacob Doyle | Petitioner | |
| | Shuber, Jordan Peter | Corman, Jacob Doyle | Petitioner | |
| | Breth, Thomas E. | Neiman, Klint | Petitioner | |
| | Breth, Thomas E. | Palmer, Amanda | Petitioner | |
| | Breth, Thomas E. | Topper, Jesse Wills | Petitioner | |
| | Breth, Thomas E. | Baptiste, Victoria T. | Petitioner | |
| | Breth, Thomas E. | Baldacci, Jennifer D. | Petitioner | |
| | Breth, Thomas E. | Calvary Academy | Petitioner | |
| | Breth, Thomas E. | Reich, James | Petitioner | |
| | Breth, Thomas E. | McClure, Adam | Petitioner | |
| | Breth, Thomas E. | Hillcrest Christian Academy | Petitioner | |
| | Elliott, Ronald Troy | Neiman, Klint | Petitioner | |
| | Elliott, Ronald Troy | Palmer, Amanda | Petitioner | |
| | Elliott, Ronald Troy | Topper, Jesse Wills | Petitioner | |
| | Elliott, Ronald Troy | Baptiste, Victoria T. | Petitioner | |
| | Elliott, Ronald Troy | Baldacci, Jennifer D. | Petitioner | |
| | Elliott, Ronald Troy | Calvary Academy | Petitioner | |
| | Elliott, Ronald Troy | Reich, James | Petitioner | |
| | Elliott, Ronald Troy | McClure, Adam | Petitioner | |
| | Elliott, Ronald Troy | Hillcrest Christian Academy | Petitioner | |
| | King, Thomas W., III | Neiman, Klint | Petitioner | |
| | King, Thomas W., III | Palmer, Amanda | Petitioner | |
| | King, Thomas W., III | Topper, Jesse Wills | Petitioner | |
| | King, Thomas W., III | Baptiste, Victoria T. | Petitioner | |
| | King, Thomas W., III | Baldacci, Jennifer D. | Petitioner | |
| | King, Thomas W., III | Calvary Academy | Petitioner | |
| | King, Thomas W., III | Reich, James | Petitioner | |
| | King, Thomas W., III | McClure, Adam | Petitioner | |
| | King, Thomas W., III | Hillcrest Christian Academy | Petitioner | |
| | Shuber, Jordan Peter | Neiman, Klint | Petitioner | |
| | Shuber, Jordan Peter | Palmer, Amanda | Petitioner | |
| | Shuber, Jordan Peter | Topper, Jesse Wills | Petitioner | |
| | Shuber, Jordan Peter | Baptiste, Victoria T. | Petitioner | |
| | Shuber, Jordan Peter | Baldacci, Jennifer D. | Petitioner | |
| | Shuber, Jordan Peter | Calvary Academy | Petitioner | |
| | Shuber, Jordan Peter | Reich, James | Petitioner | |
| | Shuber, Jordan Peter | McClure, Adam | Petitioner | |
| | Shuber, Jordan Peter | Hillcrest Christian Academy | Petitioner | |
| Document Name: | Petitioner's Application for Special Relief in the for of an Emergency Preliminary Injunction | | | |

12:01 P.M.

**Miscellaneous Docket Sheet**

**Docket Number:  294 MD 2021**

**Page 16 of 21**

**September 12, 2021**

**Commonwealth Court of Pennsylvania**



| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
| **September 3, 2021** | Order Filed | | | 09/03/2021 |
| | Per Curiam | | | |
| Document Name: | Order scheduling PI hearing and directing answer to emergency application for PI | | | |
| Comment: | NOW, September 3, 2021, hearing on Petitioners' Application for Special Relief in the Form of an Emergency Preliminary Injunction Under Pa. R.A.P. 1532, is set for September 16, 2021, commencing at 10:00 a.m.  The Court will issue further scheduling information and COVID protocols by subsequent order.<br><br>Respondent shall file and serve an answer to the Application for Special Relief, via PACFile, no later than September 8, 2021.<br><br>Petitioners shall promptly serve Respondent with a copy of this Order and shall thereafter promptly file proof of service with this Court. | | | |
| **September 7, 2021** | Entry of Appearance | | | |
| | Neary, Keli Marie | Beam, Alison | Respondent | |
| Document Name: | Keli M. Neary, Esq. on behalf of respondent Acting Secretary Alison Beam | | | |
| **September 7, 2021** | Entry of Appearance | | | |
| | Romano, Karen Mascio | Beam, Alison | Respondent | |
| Document Name: | Karen M. Romano, Esq. on behalf of respondent Acting Secretary Alison Beam | | | |
| **September 8, 2021** | Certificate of Service Filed | | | |
| | King, Thomas W., III | Corman, Jacob Doyle | Petitioner | |
| | King, Thomas W., III | Topper, Jesse Wills | Petitioner | |
| | King, Thomas W., III | Hillcrest Christian Academy | Petitioner | |
| | King, Thomas W., III | Baptiste, Victoria T. | Petitioner | |
| | King, Thomas W., III | Baldacci, Jennifer D. | Petitioner | |
| | King, Thomas W., III | Neiman, Klint | Petitioner | |
| | King, Thomas W., III | Palmer, Amanda | Petitioner | |
| | King, Thomas W., III | McClure, Adam | Petitioner | |
| | King, Thomas W., III | McClure, Chelsea | Petitioner | |
| | King, Thomas W., III | Reich, James | Petitioner | |
| | King, Thomas W., III | Reich, Michelle | Petitioner | |
| | King, Thomas W., III | Calvary Academy | Petitioner | |
| Document Name: | (Per 9/3/2021 Order) Petition and 9/3/2021 Order served upon Respondent. | | | |



**Miscellaneous Docket Sheet**

**Docket Number: 294 MD 2021**

**Page 17 of 21**

**September 12, 2021**

Commonwealth Court of Pennsylvania

| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |

**September 8, 2021**    Hearing Scheduled                                       09/08/2021
Per Curiam

Document Name:   September 16, 2021 / Pre-hearing Conference September 13, 2021 Via WebEx

Comment:   NOW, September 8, 2021, the Court hereby ORDERS as follows:

1. Hearing on Petitioners' Application for Special Relief in the Form of an Emergency Preliminary Injunction Under Pa.R.A.P. 1532, is set for September 16, 2021, commencing at 10:00 a.m., in Courtroom 3001, Third Floor, Pennsylvania Judicial Center, 601 Commonwealth Avenue, Harrisburg, Pennsylvania.

2. A Pre-Hearing Conference shall be conducted on September 13, 2021, at 1 :00 p.m., by WebEx video conferencing.

3. Counsel of record shall participate in the pre-hearing conference via WebEx. The parties shall provide the Court with their name, email address and telephone number within 24 hours of receiving this order. The contact email address for the Court is: CommCourtRemote@pacourts.us. The Court will provide counsel with the information for connecting to the conference. To facilitate participation in the conference, various W ebEx applications are available for download at pacourts. webex.com. Please see the Protocol for W ebEx Video Proceedings, attached to this order. The parties are directed to connect to the conference 15 minutes before the starting time. In the event of technical difficulties, please contact the Court's IT staff at 717-255-1626. All other inquiries should be directed to the Prothonotary's Office.

4. Petitioners shall file a list of all witnesses to be called at the hearing with a short offer of proof for each witness, the curriculum vitae and expert report for any expert witness, and a list of exhibits.

5. Respondents shall file a list of all witnesses to be called at the hearing with a short offer of proof for each witness, the curriculum vitae and expert report for any expert witness, and a list of exhibits.

6. The parties are directed to provide their witnesses with copies of the exhibits in advance of the hearing to which the witnesses can refer during their testimony.

7. The parties are strongly encouraged to consult prior to the filing of their list of witnesses and exhibits and, if possible, enter into evidentiary and/or factual stipulations and/or agreed-upon protocols in order to streamline the proceedings. The parties may PAC-file any joint stipulations or protocols prior to the hearing.

8. Unless otherwise ordered, all filings required or permitted by paragraphs 4 and 5 of this Order shall be filed no later than 12:00 noon on September 14, 2021.

9. Petitioners shall secure the services of a court stenographer for the injunction hearing.

10. A Decorum Order with regard to the hearing shall follow.

Petitioners shall promptly serve a copy of this Order on Respondents and thereafter promptly file a proof of service of same.

**September 8, 2021**    Answer to Application for Relief
Romano, Karen Mascio       Beam, Alison            Respondent

Document Name:   Resp.'s Answer to Pet.'s App. for Special Relief in the Form of an Emergency Preliminary Injunction

**Miscellaneous Docket Sheet**

**Docket Number:  294 MD 2021**

**Page 18 of 21**

**September 12, 2021**

**Commonwealth Court of Pennsylvania**



| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| **Filed Date** | **Docket Entry / Filer** | **Representing** | **Participant Type** | **Exit Date** |
| **September 9, 2021** | Notice | | | |
| | King, Thomas W., III | Corman, Jacob Doyle | Petitioner | |
| | King, Thomas W., III | Topper, Jesse Wills | Petitioner | |
| | King, Thomas W., III | Hillcrest Christian Academy | Petitioner | |
| | King, Thomas W., III | Baptiste, Victoria T. | Petitioner | |
| | King, Thomas W., III | Baldacci, Jennifer D. | Petitioner | |
| | King, Thomas W., III | Neiman, Klint | Petitioner | |
| | King, Thomas W., III | Palmer, Amanda | Petitioner | |
| | King, Thomas W., III | McClure, Adam | Petitioner | |
| | King, Thomas W., III | McClure, Chelsea | Petitioner | |
| | King, Thomas W., III | Reich, James | Petitioner | |
| | King, Thomas W., III | Reich, Michelle | Petitioner | |
| | King, Thomas W., III | Calvary Academy | Petitioner | |
| Document Name: | Notice to Attend | | | |
| **September 10, 2021** | Order Filed | | | 09/10/2021 |
| | Per Curiam | | | |
| Document Name: | Amending 9-8-21 Order | | | |
| Comment: | NOW, September 10, 2021, this Court's September 8, 2021 order is amended to reflect that hearing on Petitioners' Application for Special Relief in the Form of an Emergency Preliminary Injunction Under Pa.R.A.P. 1532, is set for September 16, 2021, commencing at 10:00 a.m., in Courtroom 3002, Third Floor, Pennsylvania Judicial Center, 601 Commonwealth Avenue, Harrisburg, Pennsylvania.   In all other respects, the September 8, 2021 order remains in effect. | | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**

**Docket Number:  294 MD 2021**

**Page 19 of 21**

**September 12, 2021**

**Commonwealth Court of Pennsylvania**



| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
| **September 10, 2021** | Order Filed | | | 09/10/2021 |
| | Per Curiam | | | |
| Document Name: | Decorum Order | | | |

**Miscellaneous Docket Sheet**

**Docket Number:  294 MD 2021**

**Page 20 of 21**

**September 12, 2021**



**Commonwealth Court of Pennsylvania**

| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |

Comment:  NOW, this 10th day of September, 2021, after consultation with the Capitol Police and the Administrative Office of Pennsylvania Courts (AOPC) regarding the hearing on Petitioners' Application for Special Relief in the Form of an Emergency Preliminary Injunction, that is scheduled for September 16, 2021, at 10:00 a.m., in Courtroom 3002 (Courtroom), Third Floor, Pennsylvania Judicial Center (PJC), and to reduce the risk of transmission of the COVID-19 virus, the Court hereby ORDERS as follows:

1.   This matter will be held in an open courtroom with two overflow courtrooms.   Decorum shall be maintained at all times by all persons present in the courtrooms.

2.   Seating for the public and media to observe the hearing shall be limited to 23 persons in Courtroom 3002 on a "first come, first seated" basis, and will comport with relevant social distancing guidelines.   Five of these seats will be reserved for properly credentialed members of the media until 9:50 a.m.   An additional 41 seats will be available to the public on a "first come, first seated" basis in two additional courtrooms to view the proceedings via live closed circuit television broadcast.   An additional 10 seats (five in each overflow courtroom) will be reserved in these designated areas for viewing the broadcast of the proceeding for properly credentialed members of the media.   After 9:50 a.m., any remaining reserved seats for properly credentialed members of the media will be released to the public.

3.   Other than the public and media gallery seating in the three courtrooms provided for in Paragraph 2 above, access to the courtrooms will be limited to counsel of record, their clients, witnesses identified in the parties' witness lists, and Court personnel.

4.   Signs are not permitted in the Courtroom.

5.   No electronic devices or cameras of any kind may be used in the Courtroom except by the Court and by counsel of record. Except for those electronic devices used by the Court and the attorneys, no electronic devices will be allowed in the Courtroom, with the exception of cellular or smart phones. Cellular or smart phones may be carried into the Courtroom, but they  must be turned off at all times.

6.   Each of the three courtrooms will be unlocked and available for seating approximately 20  minutes before the opening of Court. Counsel of record who require earlier access must make prior arrangements with the Prothonotary.   The Capitol Police will begin processing members of the media approximately 30 minutes before the opening of Court.

7.   Counsel shall address the Court and examine witnesses from their places at the counsel tables or podium in the Courtroom.   Court personnel shall wipe down the witness stand, chair, and microphone with a disinfecting wipe between each witness.

8.   All persons participating in or observing the hearing shall adhere to existing PJC and Commonwealth Court COVID-19 protocols, including the Court's COVID-19 Protocols for In-Person, Single-Judge Proceedings and the Commonwealth Court September 20-24, 2021 Oral Argument Session To Be Conducted In Person In Harrisburg Revised Notice with Updated COVID-19 Protocols referenced therein, both posted September 10, 2021.

9.   No person who demonstrates symptoms of respiratory illness or fever, or is currently diagnosed with COVID-19, or has had close contact within 14 days of the hearing with a person who is currently diagnosed with COVID-19, may attend the hearing as counsel, a party, witness, credentialed member of the media, or public observer.

10.   The Court requests that all members of the public, including counsel, wear a facemask in the public

**Miscellaneous Docket Sheet**

**Docket Number:  294 MD 2021**

**Page 21 of 21**

**September 12, 2021**

Commonwealth Court of Pennsylvania



| DOCKET ENTRY | | | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |

areas of the PJC and the courtrooms regardless of vaccination status.   Counsel may remove their facemask when they are at the podium.   Judges, who will be physically distanced from each other and others in the courtroom, may also remove their masks during argument.   The Court will make facemasks available at the entrances to the courtrooms.

11.   Following the conclusion of the hearing, all participants and observers must exit the Courtroom and the PJC promptly and in a manner that provides for social distancing.

12.   Persons who fail to comply with this Order or maintain proper courtroom decorum will be removed by Court personnel or the Capitol Police.