IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALICIA GEERLINGS**, as the Parent and/or Natural Guardian of QWG, a minor<br>and<br>**ANDREW McLELLAN**, as the Parent and/or Natural Guardian of HM, a minor<br>and<br>**SARAH MARVIN**, as the Parent and/or Natural Guardian of HA, a minor<br>and<br>**DAVID GOVERNANTI**, as the Parent and/or Natural Guardian of SG, a minor<br><br>          **Plaintiffs,**<br><br>          v.<br><br>**TREDYFFRIN/EASTTOWN SCHOOL DISTRICT,**<br><br>          **Defendant.** | : : : : : : : : : : : : : : : : : : : : : : | **Civil Docket No. 2:21-cv-04024** |

## ORDER

**AND NOW**, this ____ day of September 2021, upon consideration of Tredyffrin/Easttown School District's Motion to Exclude the Testimony of Shannon Grady, and any response thereto, it is hereby **ORDERED** that the Motion to Exclude is hereby **GRANTED**.

It is further **ORDERED** that Shannon Grady is precluded from testifying at any hearing in this matter.

                                                    **BY THE COURT:**

                                                    _____

                                                    **MITCHELL S. GOLDBERG, J.**

{02432539 }