DATE OF NOTICE:   September 15, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALICIA GEERLINGS,** *et al.*, | CIVIL ACTION |
| *Plaintiffs,* | |
| v. | NO. 21-4024 |
| **TREDYFFRIN/EASTTOWN SCHOOL DISTRICT,** | |
| *Defendant.* | |

**NOTICE**

A TELEPHONE CONFERENCE in the above-captioned case is scheduled for **Wednesday, September 15, 2021 at 2:30 p.m.**  The conference will be conducted via telephone and held on the record.  Counsel are directed to dial in as follows:  (1) Call: 888-684-8852; (2) Enter access code: 2187450#;  (3) Press # to enter as a participant.

FOR THE COURT:

*/s/ Sharon Lippi*
**Sharon Lippi, Civil Deputy to
Hon. Mitchell S. Goldberg**