**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALICIA GEERLINGS, as the Parent and/or Natural Guardian of QWG, a minor 738 Laurel Lane Wayne, PA 19087, | : : : : : : | |
| ANDREW McLELLAN, as the Parent and/or Natural Guardian of HM, a minor 4159 Whitehorse Road Malveren, PA 19355, | : : : : : | NO. _____ |
| SARAH MARVIN, as the Parent and/or Natural Guardian of HA, a minor 1451 Russell Road Paoli, PA 19301, | : : : : : | |
| and | : : | |
| DAVID GOVERNANTI, as the Parent and/or Natural Guardian of SG, a minor 111 Sugartown Road Devon, PA 19333 | : : : : : | |
| *Plaintiffs,* | : : : | |
| vs. | : : : | |
| TREDYFFRIN/EASTTOWN SCHOOL DISTRICT, 940 W Valley Road #1700 Wayne, PA 19087 | : : : : | |
| *Defendant.* | : : | |

## ORDER

**AND NOW**, this ____ day of September 2021, upon consideration of Defendant

Tredyffrin/Easttown School District's Motion to Exclude the Testimony of Shannon Grady and

Plaintiffs' Response in Opposition thereto, it is hereby **ORDERED** and **DECREED** that

Defendant's Motion to Exclude is **DENIED.**

**BY THE COURT:**

_____
**Mitchell S. Goldberg, J.**