# Shannon Grady

**Inventor:** Biomarker based human wellness and performance analytics application
**Author:** The Lacate Revolution: The Science of Quantifying, Predicting, and Improving Human Performance

**Physiologist/Consultant:**

| | |
|---|---|
| US Olympic Team members in over 25 sports | 2000-present |
| USA Track and Field Elite Development | 2000-present |
| University of Tennessee- Cross Country/Track | 2002-2013 |
| University of Florida - University Athletic Association | 2014-present |
| University of Southern California Cross Country/Track | 2016-present |
| Villanova University Cross Country/Track | 2002-present |
| Villanova University Soccer | 2014-present |
| Duke University Cross Country/Track | 2014-2016 |
| University of Central Florida | 2007-2008 |
| Philadelphia Wings Men's Professional Lacrosse- Physiologist & Head Strength/Conditioning Coach | 2001-2008 |
| Philadelphia Charge Women's Professional Soccer- Physiologist & Head Strength/Conditioning Coach | 2003-2006 |
| Fresno State University Cross Country/Track | 2016-present |
| Boise State University Cross Country/Track | 2015-present |
| Monmouth University Cross Country/Track | 2013-present |
| University of Connecticut Cross Country/Track | 2013-present |
| University of Wisconsin Cross Country/Track | 2013-present |
| Xavier University Cross Country/Track | 2015-present |
| Loyola University Cross Country/Track | 2014-present |
| Penn AC Rowing Club | 2004-2008 |
| Malta Rowing Club | 2011-2014 |
| Undine Rowing Club | 2014-present |
| Westtown School Athletics | 2007-present |
| Haverford School Rowing | 2015-present |
| Malvern School Rowing | 2015-present |
| Springside Chestnut Hill Rowing | 2016-present |
| New Balance Professional Running | 2017-present |
| FILA Discovery USA- Running | 2000-02 |
| MMA/UFC | 2015-present |
| US Rowing | 1999- present |
| Puerto Rico Rowing Federation | 2015- present |
| Athletics New Zealand | 2015- present |
| Skate New Zealand | 2017-present |
| New Zealand Sailing | 2018-present |
| Jordan Futbol Association | 2017-2018 |
| Italian Athletics Federation | 2019-present |

**United States Olympic Committee and US Rowing Sports Physiologist**          1998-2000
Olympic Training Center- Chula Vista, CA

**Corrective Exercise Specialist- ICOHS and ACSM certified**
Assessment and treatment of biomechanical and soft tissue for acute and chronic injuries. Implementation of corrective exercise and soft tissue therapy plans.

**Researcher:**
Applied Physiology/Biochemistry Researcher American Heart Association
Applied Physiology/Biochemistry Researcher American Lung Association

**Presenter/Lecturer:**

UF Running Medicine Conference: UF & Shands Orthopaedic and Sports Medicine Institute
USTFCCCA Track and Field Academy. Developed and presented the course for Master's Endorsement in Middle Distances
United States Olympic Committee. Coaches Education Program:  Track & Field and Rowing
PA Track and Field Coaches Clinic
US All-Star Track and Field Conference
University of Miami Department of Kinesiology. Graduate Courses.
University of Florida College of Health and Human Performance. Undergraduate Courses.
American College of Sports Medicine. Clinical Exercise Assessment

**Education**

| | |
|---|---|
| M.S. Major: Exercise Physiology/Biochemistry | 1999 |
| University of Florida, Gainesville, FL | |
| B.S. Exercise and Sports Sciences | 1997 |
| University of Florida, Gainesville, FL | |
| International College of Holistic Studies | 2000 |
| San Diego, CA | |
| American College of Sports Medicine | 1998 |

    Clinical Exercise Physiologist
    Performance Enhancement Specialist
    Corrective Exercise Specialist