IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA GEERLINGS, as the Parent and/or Natural Guardian of QWG, a minor<br>738 Laurel Lane<br>Wayne, PA 19087, | : <br> : <br> : <br> : <br> : |
| ANDREW McLELLAN, as the Parent and/or Natural Guardian of HM, a minor<br>4159 Whitehorse Road<br>Malveren, PA 19355, | :     NO. _____ <br> : <br> : <br> : |
| SARAH MARVIN, as the Parent and/or Natural Guardian of HA, a minor<br>1451 Russell Road<br>Paoli, PA 19301, | : <br> : <br> : <br> : |
| and | : |
| DAVID GOVERNANTI, as the Parent and/or Natural Guardian of SG, a minor<br>111 Sugartown Road<br>Devon, PA 19333 | : <br> : <br> : <br> : |
| *Plaintiffs,* | : |
| vs. | : |
| TREDYFFRIN/EASTTOWN SCHOOL DISTRICT,<br>940 W Valley Road #1700<br>Wayne, PA 19087 | : <br> : <br> : |
| *Defendant.* | : |

## Certificate of Service

The undersigned certifies that on September 17, 2021, a true and correct copy of the foregoing Plaintiffs' Response to Defendant Tredyffrin/Easttown School District's Motion to Exclude the Testimony of Shannon Grady was served upon all counsel of record via CM/ECF and email upon:

Brian R. Elias, Esquire
Wisler Pearlstine, LLP
460 Norristown Road, Suite 110
Blue Bell, PA 19422

Respectfully submitted,

By: */s/ Michael J. Ryan*_____
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Michael J. Ryan, Esq. (#307654)
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2101
(215) 665-3054
*Attorney for Plaintiffs*