IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA GEERLINGS, et al.,<br><br>             *Plaintiffs*,<br><br>             v.<br><br>TREDYFFRIN/EASTTOWN SCHOOL DISTRICT,<br><br>             *Defendant*. | Civil Action<br><br>No.  21-cv-4024 |

# ORDER

**AND NOW**, this 27th day of September, 2021, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Plaintiffs' "Petition for Temporary Restraining Order and Preliminary Injunction" (ECF No. 2) is **DENIED**; and

2. Defendant's "Motion to Exclude the Testimony of Shannon Grady" (ECF No. 12) is **DENIED AS MOOT**.

                                                          BY THE COURT:


                                                          */s/ Mitchell S. Goldberg*
                                                          **MITCHELL S. GOLDBERG, J.**