IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA GEERLINGS, et al., *Plaintiffs*, v. TREDYFFRIN/EASTTOWN SCHOOL DISTRICT, *Defendant*. | Civil Action No. 21-cv-4024 |

## ORDER

**AND NOW**, this 8th day of November, 2021, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 22) is **DENIED WITHOUT PREJUDICE** for failure to follow the procedure for Rule 12(b) motions set out in my policies and procedures, available at https://www.paed.uscourts.gov/documents/procedures/gldpola.pdf.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**